## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



United States of America

v.

Hilda M. Ocasio Laracuente

CIVIL CASE: 98-1979 (JAF)

*RECEIVED & FILED 03 DEC 10 AM 8:27 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

---

### DESCRIPTION OF MOTION

| Date: 12/2/03 | Docket #: 14 | NOTICE AND MOTION by USA |to close case file for any administrative purpose| |
|---|---|---|
| By: Plaintiff | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☒ NOTED

☐ MOOT

OTHER: *Case closed.*

_____

12/8/03
Date

*Jose A. Fuste* (signature)
Jose A. Fuste
United States District Judge

15